**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **Case No.** CR04-80L |
| v. | Minute Order |
| TAE HYU SHIN and KONG SUN HERNANDEZ, | Re: Settlement Conference |
| Defendants. | |

THIS MATTER was referred by the Honorable Robert S. Lasnik for purposes of a settlement conference. The parties and counsel met with the court this date. It was mutually agreed to resume on **June 7, 2005 at 12:00 p.m. to 3:00 p.m.**

Entered at the direction of U.S. Magistrate Judge, J. Kelley Arnold by Deputy Clerk, /s/*Kelly Miller*. May 25, 2005.

ORDER
Page - 1