The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TAE HYU SHIN and KONG SUN HERNANDEZ,<br><br>　　　　　　Defendant. | NO. CR04-80RSL<br><br>ORDER CONTINUING<br>TRIAL DATE |

Based upon the reasons stated in the stipulation of the parties to continue the trial date, and upon a review of the records and files herein, this Court finds and rules as follows:

1.　This Court adopts the stipulation of the parties.

2.　It is therefore unreasonable to expect adequate preparation for trial proceedings within the time limits established by the Speedy Trial Act.

3.　In addition, failure to grant the continuance in this case would deny the Defendant continuity of defense counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.　The Court further FINDS that the ends of justice served by this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

PROPOSED ORDER CONTINUING TRIAL DATE

CR04-80RSL

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA  98101-3906
206•682•0565  Fax: 206•625•1052

1  Based on the foregoing, IT IS NOW, THEREFORE, ORDERED that the trial in this matter
2  be continued to September 26, 2005, and that the time from the date of this Order and the new trial
3  date be excluded pursuant to the provisions of Title 18, United States Code, Section
4  3161(h)(8)(A)&(B).
5  DATED this 21st day of June, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

PROPOSED ORDER CONTINUING TRIAL DATE

CR04-80RSL

ELLIS, LI & McKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052