**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,,

        Plaintiff,

    v.

TAE HYU SHIN and KONG SUN HERNANDEZ,

        Defendants.

**Case No.** CR04-80L

Minute Order
Re: Settlement Conference

    The following Minute Order is made at the direction of the Honorable J. Kelley Arnold, United States Magistrate Judge.

    On March 11, 2005 the Honorable Robert S. Lasnik appointed Magistrate Judge, J. Kelley Arnold to act as settlement judge in the above captioned cause. The parties and counsel met with Judge Arnold May 25, 2005. At the conclusion of the session, it was agreed to resume settlement discussions at a later date. Discussions resumed August 4, 2005 and again August 16, 2005.

    The parties have reached agreement on the terms of a plea agreement to be presented to Judge Lasnik.

    Entered at the direction of U.S. Magistrate Judge, J. Kelley Arnold by Deputy Clerk, */s/Kelly Miller*, this 8th day September 2005.